Michael Borniak, appellant, v. Chicago and West Suburban Transit Company and Chicago, Burlington and Quincy Railroad Company, appellees. Gen. No. 38,049.

Heard in the first division of this court for the first district at the February term, 1935. Opinion filed April 15, 1935.

John A. Blake and Joseph E. Winterbotham, for appellant. Berthold L. Goldberg, for appellee Chicago & West Suburban Transit Co.; J. Herzl Segal, of counsel. Gardner, Foote, Morrow & Merrick, J. C. James and Sidney F. Blanc, for appellee Chicago, B. & Q. R. Co.; William A. Morrow and Walter M. Fowler, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Louis W. Gruber, plaintiff in error. Gen. No. 37,907.

Heard in the first division of this court for the first district at the December term, 1934. Opinion filed April 15, 1935. Rehearing denied April 29, 1935.

Charles M. McConnell, for plaintiff in error; John Lewson, of counsel. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, Henry E. Seyfarth and John T. Gallagher, Assistant State's Attorneys, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Robin P. Allen and Francis M. Allen, trading as The Allen Company, appellants, v. First National Bank of Chicago and Reliance Bank and Trust Company, appellees. Gen. No. 37,950.

Heard in the first division of this court for the first district at the December term, 1934. Opinion filed April 15, 1935.

Shulman, Shulman & Abrams, for appellants; Meyer Abrams, of counsel. Winston, Strawn & Shaw and Amberg, Ott, Dahlin & Livingston, for certain appellee; Harold Beacom, Thos. A. Reynolds and Wm. C. Mulligan, of counsel.

Mr. Justice Matchett delivered the opinion of the court.